UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE PRESSLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and Does 1-20,<br><br>Defendants. | Case No. 2:25-cv-03514-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**<br><br>Complaint Filed: September 22, 2025<br>Trial Date: None<br>District Judge: Hon. Daniel J. Calabretta<br> Courtroom 7, Sacramento<br>Magistrate Judge: Hon. Carolyn K. Delaney<br> Courtroom 24, Sacramento |

**ORDER**

Having considered the jointly stipulated request of Plaintiff Unique Pressley and Defendant Wal-Mart Associates, Inc., and good cause appearing therefore, the Court hereby enters an order as follows:

1. Plaintiff Unique Pressley will file a First Amended Complaint on or before January 2, 2026.
2. Defendant Wal-Mart Associates, Inc. will have 14 days to respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  December 12, 2025            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE