TIMOTHY B. DEL CASTILLO (SBN: 277296)
tdc@castleemploymentlaw.com
LISA L. BRADNER (SBN: 197952)
lb@castleemploymentlaw.com
KENT L. BRADBURY (SBN: 279402)
kb@castleemploymentlaw.com
BRYCE Q. FICK (SBN: 322951)
bf@castleemploymentlaw.com
CASTLE LAW: CALIFORNIA
EMPLOYMENT COUNSEL, PC
2999 Douglas Blvd, Suite 180
Roseville, CA 95661
Telephone: (916) 245-0122

Attorneys for Plaintiff
UNIQUE PRESSLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE PRESSLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and Does 1-20,<br><br>Defendants. | Case No. 2:25-cv-03514-DJC-CKD<br><br>**JOINT STIPULATION FOR REMAND OF ACTION TO STATE COURT; ORDER**<br><br>Complaint Filed: September 22, 2025<br>Trial Date: None Set<br>District Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff UNIQUE PRESSLEY ("Plaintiff"), and Defendant WAL-MART ASSOCIATES, INC; ("Defendant") by and through their counsel of record hereby stipulate and agree as follows:

WHEREAS, On September 22, 2025, Plaintiff filed this action, Case No. S-CV-0056256 in Placer County Superior Court (the "Action") against Defendant;

WHEREAS, Defendant removed this matter to the United States District Court for the Eastern District of California on December 4, 2025;

WHEREAS, following the filing of Plaintiff's First Amended Complaint on December 29, 2025 (ECF No. 9), the Parties have met and conferred and agreed to remand this action to Superior Court;

WHEREAS, the parties wish and do hereby stipulate to remand this Action to the Placer County Superior Court, for the purpose of litigation and trial.

**IT IS SO STIPULATED.**

Dated: January 5, 2026  **Castle Law: California Employment Counsel, PC**

By: /s/ Kent L. Bradbury
    Timothy B. Del Castillo
    Kent L. Bradbury

Attorneys for Plaintiff UNIQUE PRESSLEY

Dated: January 5, 2026  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Palmoa P. Peracchio
    Paloma P. Peracchio
    Mitchell A. Wrosch

ATTORNEYS FOR DEFENDANT
WAL-MART ASSOCIATES, INC.

<u>ATTESTATION REGARDING E-SIGNATURES</u>

Pursuant to Local Rule 131(e) I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (/s/) within this e-filed document.

By: _____
Kent L. Bradbury

**ORDER**

Having considered the Joint Stipulation between the Parties, and good cause appearing therefore, this Court hereby GRANTS the Parties' request to remand the case to Placer County Superior Court. All further Case Management Conferences are vacated. The Clerk of Court shall serve a copy of this order on the Superior Court of California for the County of Placer.

**IT IS SO ORDERED.**

Dated: January 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE